# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ROBERT E. RENZ, et al.,** | ) | Case No. 1:07 CV 1368 |
| | ) | |
| **Plaintiff,** | ) | Judge Boyko |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| **AXELROD PONTIAC, LLC,** | ) | **WITH PREJUDICE** |
| | ) | |
| **Defendant.** | ) | |

NOW COME the parties, by and through their respective counsel, and, pursuant to F.R.C.P. Rule 41(a)(1), hereby file this Stipulation of Dismissal With Prejudice, each party to bear its own costs and attorneys fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Richard A. Millisor* | */s/ Patrick M. Farrell* |
| Richard A. Millisor (#0026883) | Patrick M. Farrell, Esq. |
| MILLISOR & NOBIL CO., L.P.A. | Patrick M. Farrell Co., L.P.A. |
| 9150 South Hills Boulevard, Suite 300 | 600 East Granger Road, 2nd Floor |
| Cleveland, OH 44147-3599 | Brooklyn Heights, Ohio 44131 |
| (440) 838-8800-Telephone | (216) 661-5050-Telephone |
| (440) 838-8805-Telecopier | (216) 771-3387-Telecopier |
| rmillisor@millisor.com | pmfarrell_hwf@hotmail.com |
| | |
| Attorney for Defendant | Attorney for Plaintiff |

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

MARCH 17, 2008